B 2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, ___Rebecca Woods___ (name), certify that service of this summons and a copy of the complaint was made __11/5/2024__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: see attached

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __11/5/2024__    Signature __/s/ Rebecca Woods__

Print Name:    Rebecca Woods

Business Address:    Conway Law Group, PC
1320 Central Park Blvd, Ste. 200
Fredericksburg, VA 22401

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE:<br><br>Susan Guill Williams | CASE NO: 24-06027<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/5/2024, I did cause a copy of the following documents, described below,

Summons

Complaint

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/5/2024

/s/ Martin C. Conway
Martin C. Conway  34334
Attorney for Debtor
Conway Law Group, PC
1320 Central Park Blvd, 200
Fredericksburg, VA  22401
855 848 3011
rebecca@conwaylegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

IN RE:

Susan Guill Williams

CASE NO: 24-06027

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 11/5/2024, a copy of the following documents, described below,

Summons

Complaint

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/5/2024

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Martin C. Conway
Conway Law Group, PC
1320 Central Park Blvd, 200
Fredericksburg, VA  22401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
MARINER FINANCE OF VIRGINIA, LLC
8211 TOWN CENTER DR
NOTTINGHAM MD 21236

FIRST CLASS
MARINER FINANCE OF VIRGINIA LLC
C/O CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP FL 2
RICHMOND VA 23219